# UNITED STATES of America,
## Plaintiff–Appellee,

v.

# Gustavo SANCHEZ–RIVERA,
## Defendant–Appellant.

### No. 06–20128
### Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Gustavo Sanchez–Rivera, Big Spring, TX, pro se.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender has moved for leave to withdraw from representation of Gustavo Sanchez–Rivera and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sanchez–Rivera has not responded to counsel's motion and brief. Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.